**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHRISTIAN ALFREDO GARCIA
RODRIGUEZ,

      Petitioner,

v.                                                    Case No. 8:26-cv-1736-WFJ-AAS

FIELD OFFICE DIRECTOR,
TAMPA FIELD OFFICE,
U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,

      Respondent.

_____/

## **ORDER**

Petitioner Christian Alfredo Garcia Rodriguez, a detainee in the custody of Immigration and Customs Enforcement, initiated this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1). Petitioner seeks an order requiring Respondent to "provide [him] an individualized bond hearing before an Immigration Judge." (*Id.* at 12). Respondent concedes that Petitioner is "entitled to an individualized bond hearing." (Doc. 8 at 1). Therefore, the Court **GRANTS** the petition as set forth below:

1. Petitioner's petition for writ of habeas corpus, (Doc. 1), is **GRANTED** to the extent that Petitioner is entitled to a bond hearing before an immigration judge in accordance with 8 U.S.C. § 1226(a).[1] Within **SEVEN DAYS** of this order,

---

[1] Because the Court grants relief on Petitioner's statutory claim, it need not address his remaining contentions. *See Banks v. Dretke*, 540 U.S. 668, 689 n.10 (2004) (declining to address additional claim in

- 2 -

Respondent must afford Petitioner an individualized bond hearing consistent with § 1226(a).[2]

2. The Clerk is **DIRECTED** to enter judgment granting the petition as set forth above, terminate any pending motions as moot, and close this case.

**DONE** and **ORDERED** in Tampa, Florida, on June 24, 2026.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

---

habeas petition after granting relief on another claim because "any relief [petitioner] could obtain on that claim would be cumulative").

[2] Respondent "requests a reasonable period of seven days to arrange an individualized bond hearing" for Petitioner. (Doc. 8 at 6).